UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
_____ DIVISION

NICHOLAS SHETLAND

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

SUSAN WASHBURN,

SUPERINTENDANT EOCI

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

**Civil Case No.** 2:19-cv-01496-AA
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, NICHOLAS SHETLAND, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☒ Yes   ☐ No

   If "Yes," state the place of your incarceration: EASTERN OREGON CORRECTIONAL INSTITUTION

   **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☒ No   ☐ Self-employed

   a. If the answer is "Yes," state:

      Employer's name: _____

      Employer's address: _____

      Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

b.  If the answer is "No," state:
    Name of last employer: PUBLIC STORAGE
    Address of last employer: 10315 SW BARBUR BLVD PORTLAND, OREGON
    Date of last employment: NOVEMBER 9, 2012
    Amount of take-home salary or wages: $ 10.65 per HOUR (specify pay period)

3.  Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☒ Not applicable
    a.  If the answer is "Yes," state:
        Employer's name: _____
        Employer's address: _____
        Amount of take-home pay or wages: $_____ per _____ (specify pay period)

    b.  Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☒ No
        Please explain your answer below:
        _____
        _____
        _____
        _____

    c.  If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

        ☐ Yes  ☐ No   If the answer is "No," please explain below:
        N/A
        _____
        _____
        _____

4.  In the past 12 months have you received any money from any of the following sources?
    a.  Business, profession, or other self-employment  ☐ Yes  ☒ No
        If "Yes," state:  Amount received:        $ _____
                         Amount expected in future: $ _____
    b.  Rent payments, interest, or dividends         ☐ Yes  ☒ No
        If "Yes," state:  Amount received:        $ _____
                         Amount expected in future: $ _____

c. Pensions, annuities, or life insurance payments ☐ Yes ☒ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

d. Disability or workers' compensation payments ☐ Yes ☒ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

→ e. Gifts or inheritances ☒ Yes ☐ No

    If "Yes," state: Amount received: $ 1,500

    Amount expected in future: $ 300 /mo

f. Any other sources ☐ Yes ☒ No

    If "Yes," state: Source: _____

    Amount received: $ _____

    Amount expected in future: $ _____

5. Do you have cash or checking or savings accounts? (including prison trust accounts)?  ☒ Yes ☐ No

→ If "Yes," state the total amount: $ 165.29

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes ☒ No

If "Yes," describe the asset(s) and state the value of each asset listed:
N/A
_____
_____
_____

7. Do you have any other assets?  ☐ Yes ☒ No

If "Yes," list the asset(s) and state the value of each asset listed:
N/A
_____
_____
_____
_____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?   ☐ Yes  ☒ No

   If "Yes," describe and provide the amount of the monthly expense:
   N/A

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:
   N/A

10. Do you have any debts or financial obligations?   ☐ Yes  ☒ No

    If "Yes," describe the amounts owed and to whom they are payable:
    N/A

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

8-13-19
DATE

[signature]
SIGNATURE OF APPLICANT

NICHOLAS SHUSLAW
PRINTED NAME OF APPLICANT

```
09/04/2019 10:44          DEPARTMENT OF CORRECTIONS            Page     1 Of    4
VANEPPSS                  OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                  T R U S T   A C C O U N T   S T A T E M E N T    12.1.1.0.1.4 ODOC

   DOC:  0018164094    Name: SHATLAW, NICHOLAS JAMES            DOB: 12/01/1985
   LOCATION: EOCI-MHU-MH_06B
                                                       Max Date:
   ACCOUNT BALANCES  Total :    127.83   CURRENT:    127.83  HOLD:      0.00

                                02/19/2019       08/19/2019
   SUB ACCOUNT                 START BALANCE    END BALANCE
   INMATE SPENDING ACCOUNT         288.47          165.29
   TRANSITIONAL SAVINGS             28.97          113.34

                         DEBTS AND OBLIGATIONS
    TYPE     PAYABLE            INFO NUMBER   AMOUNT OWING   AMOUNT PAID   WRITE-OFF AMT
    EOCIA    EOCI POSTAGE ADVANCE  12112018        0.00           2.47          0.00
    SRCIA    SRCI POSTAGE ADVANCE  12312014        0.00           4.03          0.00
    COPA     COPY ADVANCE          05052014        0.00           5.80          0.00
    FDISA    DISCIPLINARY FINES    05202013        0.00         225.00          0.00
             ADVANCE
    OCICA    OCIC POSTAGE ADVANCE  03292013        0.00          18.95          0.00
    OPTA     OPTICAL ADVANCE       04152013        0.00          76.50          0.00

           TRANSACTION DESCRIPTION --        COURT ORDERED OBLIGATIONS
     DATE       TYPE   TRANSACTION DESCRIPTION    TRANSACTION AMT

              TRANSACTION DESCRIPTIONS --       INMATE SPENDING   SUB-ACCOUNT
                                                     ACCOUNT
     DATE       TYPE   TRANSACTION DESCRIPTION   TRANSACTION AMT       BALANCE
   02/20/2019   CRS    CRS SAL ORD #8041468         (    6.18)          282.29
   02/22/2019   2732   Payable TELMATE Phone System (    5.00)          277.29
   02/25/2019   CRS    CRS SAL ORD #8046772         (   38.78)          238.51
   03/01/2019   2732   Payable TELMATE Phone System (   10.00)          228.51
   03/01/2019   CDR    RIGHT STUF                   (   77.38)          151.13
   03/01/2019   CDR    KINOKUNIYA                   (   59.94)           91.19
   03/05/2019   CRS    CRS SAL ORD #8057775         (   35.77)           55.42
   03/05/2019   CRS    CRS SAL ORD #8057786         (    4.25)           51.17
   03/11/2019   CRS    CRS SAL ORD #8064860         (   34.06)           17.11
   03/12/2019   2739   Payable EOCI Sewing Program  (    4.25)           12.86
  —03/13/2019   DEP    TERRI PERRY                      300.00          312.86
   03/13/2019   DED    Deduction-TRSA-29-JUN-18 D D (   15.00)          297.86
   03/13/2019   DED    Deduction-CLR-03082013 D D   (   40.00)          257.86
   03/13/2019   DED    Deduction-CLR-03082013 D D        40.00          297.86
   03/15/2019   INT1   Interest Distribution             0.32           298.18
```

CERTIFIED A TRUE COPY BY:

SVanEpps 9.4.19
DEPARTMENT OF CORRECTIONS
EOCI Business Office

```
09/04/2019 10:44           DEPARTMENT OF CORRECTIONS       Page    2 Of    4
VANEPPSS                  OREGON DEPARTMENT OF CORRECTIONS         OTRTASTA
                     T R U S T   A C C O U N T   S T A T E M E N T   12.1.1.0.1.4 ODOC

DOC:  0018164094    Name: SHATLAW, NICHOLAS JAMES            DOB: 12/01/1985
LOCATION: EOCI-MHU-MH_06B
                                                        Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/15/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.02) | 298.16 |
| 03/18/2019 | CRS | CRS SAL ORD #8076222 | ( 27.00) | 271.16 |
| 03/19/2019 | CRS | CRS SAL ORD #8079115 | ( 75.31) | 195.85 |
| 03/20/2019 | CRS | CRS SAL ORD #8081597 | ( 78.00) | 117.85 |
| 03/25/2019 | CRS | CRS SAL ORD #8085725 | ( 49.42) | 68.43 |
| 03/26/2019 | CDR | ERHBC | ( 35.85) | 32.58 |
| 03/26/2019 | CDR | KINOKUNIYA | ( 8.00) | 24.58 |
| 04/03/2019 | EOCIS | EOCI Postage Sales | ( 2.80) | 21.78 |
| 04/04/2019 | CSR | CSR SAL ORD #8081597 | 78.00 | 99.78 |
| 04/04/2019 | CSR | CSR SAL ORD #8076222 | 27.00 | 126.78 |
| 04/04/2019 | AWD | AWARDS 03/2019 EOCI | 36.10 | 162.88 |
| 04/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 1.81) | 161.07 |
| 04/04/2019 | DED | Deduction-CLR-03082013 D D | ( 18.05) | 143.02 |
| 04/04/2019 | DED | Deduction-CLR-03082013 D D | 18.05 | 161.07 |
| 04/05/2019 | 2723 | Eyeglass Recycling Sale | ( 3.00) | 158.07 |
| 04/08/2019 | CRS | CRS SAL ORD #8103210 | ( 91.93) | 66.14 |
| 04/12/2019 | INT1 | Interest Distribution | 0.22 | 66.36 |
| 04/12/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.01) | 66.35 |
| 04/16/2019 | CRS | CRS SAL ORD #8116989 | ( 46.73) | 19.62 |
| 04/17/2019 | DEP | TERRI PERRY | 300.00 | 319.62 |
| 04/17/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 15.00) | 304.62 |
| 04/17/2019 | DED | Deduction-CLR-03082013 D D | ( 21.95) | 282.67 |
| 04/17/2019 | DED | Deduction-CLR-03082013 D D | 21.95 | 304.62 |
| 04/18/2019 | CRS | CRS SAL ORD #8120772 | ( 27.00) | 277.62 |
| 04/22/2019 | CRS | CRS SAL ORD #8123348 | ( 52.80) | 224.82 |
| 04/22/2019 | CRS | CRS SAL ORD #8125720 | ( 78.00) | 146.82 |
| 04/22/2019 | CSR | CSR SAL ORD #8125720 | 78.00 | 224.82 |
| 04/30/2019 | CRS | CRS SAL ORD #8134603 | ( 49.05) | 175.77 |
| 05/02/2019 | REFDEP | ERHBC | 11.95 | 187.72 |
| 05/06/2019 | CRS | CRS SAL ORD #8140205 | ( 49.51) | 138.21 |
| 05/06/2019 | 2732 | Payable TELMATE Phone System | ( 20.00) | 118.21 |
| 05/09/2019 | AWD | AWARDS 04/2019 EOCI | 32.30 | 150.51 |
| 05/09/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 1.62) | 148.89 |
| 05/09/2019 | DED | Deduction-CLR-03082013 D D | ( 16.15) | 132.74 |
| 05/09/2019 | DED | Deduction-CLR-03082013 D D | 16.15 | 148.89 |
| 05/14/2019 | CRS | CRS SAL ORD #8151799 | ( 47.66) | 101.23 |
| 05/17/2019 | INT1 | Interest Distribution | 0.35 | 101.58 |
| 05/17/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.02) | 101.56 |
| 05/20/2019 | CRS | CRS SAL ORD #8160689 | ( 31.65) | 69.91 |

CERTIFIED A TRUE COPY BY:

*SVanEpps 9.4.19*
DEPARTMENT OF CORRECTIONS
EOCI Business Office

```
09/04/2019 10:44         DEPARTMENT OF CORRECTIONS          Page    3 Of    4
VANEPPSS                OREGON DEPARTMENT OF CORRECTIONS            OTRTASTA
                   T R U S T   A C C O U N T   S T A T E M E N T   12.1.1.0.1.4 ODOC

DOC: 0018164094    Name: SHATLAW, NICHOLAS JAMES              DOB: 12/01/1985
LOCATION: EOCI-MHU-MH_06B
                                                     Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/20/2019 | 2732 | Payable TELMATE Phone System | ( 10.00) | 59.91 |
| 05/21/2019 | DEP | TERRI PERRY | 300.00 | 359.91 |
| 05/21/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 15.00) | 344.91 |
| 05/21/2019 | DED | Deduction-CLR-03082013 D D | ( 23.85) | 321.06 |
| 05/21/2019 | DED | Deduction-CLR-03082013 D D | 23.85 | 344.91 |
| 05/21/2019 | 2732 | Payable TELMATE Phone System | ( 50.00) | 294.91 |
| 05/29/2019 | CRS | CRS SAL ORD #8173319 | ( 5.22) | 289.69 |
| 05/29/2019 | CRS | CRS SAL ORD #8173322 | ( 5.60) | 284.09 |
| 05/29/2019 | 2732 | Payable TELMATE Phone System | ( 200.00) | 84.09 |
| 06/03/2019 | CRS | CRS SAL ORD #8178015 | ( 14.28) | 69.81 |
| 06/06/2019 | AWD | AWARDS 05/2019 EOCI | 36.10 | 105.91 |
| 06/06/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 1.81) | 104.10 |
| 06/06/2019 | DED | Deduction-CLR-03082013 D D | ( 18.05) | 86.05 |
| 06/06/2019 | DED | Deduction-CLR-03082013 D D | 18.05 | 104.10 |
| 06/10/2019 | CDR | KINOKUNIYA | ( 67.94) | 36.16 |
| 06/10/2019 | EOCIS | EOCI Postage Sales | ( 5.66) | 30.50 |
| 06/11/2019 | CRS | CRS SAL ORD #8189766 | ( 30.25) | 0.25 |
| 06/14/2019 | DEP | TERRI PERRY | 300.00 | 300.25 |
| 06/14/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 15.00) | 285.25 |
| 06/14/2019 | DED | Deduction-CLR-03082013 D D | ( 21.95) | 263.30 |
| 06/14/2019 | DED | Deduction-CLR-03082013 D D | 21.95 | 285.25 |
| 06/14/2019 | INT1 | Interest Distribution | 0.46 | 285.71 |
| 06/14/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.02) | 285.69 |
| 06/17/2019 | CRS | CRS SAL ORD #8198329 | ( 44.97) | 240.72 |
| 06/25/2019 | CRS | CRS SAL ORD #8209594 | ( 42.70) | 198.02 |
| 07/01/2019 | CRS | CRS SAL ORD #8212982 | ( 48.54) | 149.48 |
| 07/03/2019 | CRS | CRS SAL ORD #8219513 | ( 43.75) | 105.73 |
| 07/04/2019 | AWD | AWARDS 06/2019 EOCI | 39.90 | 145.63 |
| 07/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.00) | 143.63 |
| 07/04/2019 | DED | Deduction-CLR-03082013 D D | ( 19.95) | 123.68 |
| 07/04/2019 | DED | Deduction-CLR-03082013 D D | 19.95 | 143.63 |
| 07/08/2019 | 2732 | Payable TELMATE Phone System | ( 10.00) | 133.63 |
| 07/09/2019 | CRS | CRS SAL ORD #8226378 | ( 40.88) | 92.75 |
| 07/09/2019 | LCPRRS | LEGAL COPY PUB REQUEST SALE eo | ( 2.50) | 90.25 |
| 07/12/2019 | INT1 | Interest Distribution | 0.52 | 90.77 |
| 07/12/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.03) | 90.74 |
| 07/15/2019 | CRS | CRS SAL ORD #8234424 | ( 44.43) | 46.31 |
| 07/17/2019 | 2732 | Payable TELMATE Phone System | ( 10.00) | 36.31 |
| 07/23/2019 | CRS | CRS SAL ORD #8248455 | ( 27.02) | 9.29 |

CERTIFIED A TRUE COPY BY:

*[signature]* Van Epps 9-4-19
DEPARTMENT OF CORRECTIONS
EOCI Business Office

```
09/04/2019 10:44           DEPARTMENT OF CORRECTIONS           Page     4 Of    4
VANEPPSS                  OREGON DEPARTMENT OF CORRECTIONS             OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T   12.1.1.0.1.4 ODOC

DOC:  0018164094    Name: SHATLAW, NICHOLAS JAMES              DOB: 12/01/1985
LOCATION: EOCI-MHU-MH_06B
                                                          Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 07/24/2019 | DEP | TERRI PERRY | 300.00 | 309.29 |
| 07/24/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 15.00) | 294.29 |
| 07/24/2019 | DED | Deduction-CLR-03082013 D D | ( 20.05) | 274.24 |
| 07/24/2019 | DED | Deduction-CLR-03082013 D D | 20.05 | 294.29 |
| 07/25/2019 | 2732 | Payable TELMATE Phone System | ( 100.00) | 194.29 |
| 07/29/2019 | CRS | CRS SAL ORD #8255193 | ( 38.05) | 156.24 |
| 08/06/2019 | CRS | CRS SAL ORD #8266233 | ( 11.51) | 144.73 |
| 08/08/2019 | AWD | AWARDS 07/2019 EOCI | 39.90 | 184.63 |
| 08/08/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.00) | 182.63 |
| 08/08/2019 | DED | Deduction-CLR-03082013 D D | ( 19.95) | 162.68 |
| 08/08/2019 | DED | Deduction-CLR-03082013 D D | 19.95 | 182.63 |
| 08/12/2019 | CRS | CRS SAL ORD #8273326 | ( 17.90) | 164.73 |
| 08/16/2019 | INT1 | Interest Distribution | 0.59 | 165.32 |
| 08/16/2019 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.03) | 165.29 |

```
          TRANSACTION DESCRIPTIONS --          TRANSITIONAL    SUB-ACCOUNT
                                                 SAVINGS
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 03/13/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 15.00 | 43.97 |
| 03/15/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.02 | 43.99 |
| 04/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 1.81 | 45.80 |
| 04/12/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.01 | 45.81 |
| 04/17/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 15.00 | 60.81 |
| 05/09/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 1.62 | 62.43 |
| 05/17/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.02 | 62.45 |
| 05/21/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 15.00 | 77.45 |
| 06/06/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 1.81 | 79.26 |
| 06/14/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 15.00 | 94.26 |
| 06/14/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.02 | 94.28 |
| 07/04/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 2.00 | 96.28 |
| 07/12/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.03 | 96.31 |
| 07/24/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 15.00 | 111.31 |
| 08/08/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 2.00 | 113.31 |
| 08/16/2019 | DED | Deduction-TRSA-29-JUN-18 D D | 0.03 | 113.34 |

CERTIFIED A TRUE COPY BY:

*[signature]* S. Epps 9-4-19
DEPARTMENT OF CORRECTIONS
EOCI Business Office

## DISPLAY TRUST ACCOUNTS - (OTIDTACC)

| SID# | Last Name | First Name | Middle Name | [DOB] | Age | Gender | Alerts | |
|---|---|---|---|---|---|---|---|---|
| 0018164094 | SHATLAW | NICHOLAS | JAMES | 12/01/1985 | 33 | MALE | | |
| BKG# | Facility | | | Status | In/Out | Reason | Security Level | Ind |
| | EOCI [MHU-MH_06B] | | | ACTIVE-IN | In | | Unclass | ☑ |

### Offender Sub Accounts

| Account Code | Type | Description | Total Balance | Available Balance | Balance On Hold | Indigent Since | Days Remaining |
|---|---|---|---|---|---|---|---|
| 2101 | REG | Inmate Spending Account | 14.49 | 14.49 | | 05/19/2013 | 0 |
| 2102 | SAV | Inmate General Savings | 0.00 | 0.00 | | | |
| 2103 | UNI | Inmate Savings Unigroup | 0.00 | 0.00 | | | |
| | | Totals | 127.83 | 127.83 | | | |

Indigent ☑
Closed Account ☐
Disb. Freeze ☐

### Offender Payables

| Type | Description | Created | Info Number | Original Amt | Total Paid | Write off Amt | Total Owing | Fix | Mth | Act |
|---|---|---|---|---|---|---|---|---|---|---|
| EOCIA | EOCI POSTAGE ADVA | ODOC | 12112018 | 2.47 | 2.47 | 0.00 | 0.00 | ☑ | ☐ | ☑ P |
| SRCIA | SRCI POSTAGE ADVA | ODOC | 12312014 | 4.03 | 4.03 | 0.00 | 0.00 | ☑ | ☐ | ☑ P |
| OPTA | OPTICAL ADVANCE | ODOC | 04152013 | 76.50 | 76.50 | 0.00 | 0.00 | ☑ | ☐ | ☑ P |

### Payables Summary

| | Total | | Paid | | Write-offs | | Owing | |
|---|---|---|---|---|---|---|---|---|
| Credit Obligations | 332.75 | | 332.75 | | 0.00 | | 0.00 | |
| Fixed Amount Obligations | 0.00 | | 0.00 | | | | 0.00 | |

[Next Page]

[My Offenders] [My Work] [My Calendar] [Offender Updates] [Offender Detail]

CERTIFIED A TRUE COPY BY:

*Stan Epps* 9.4.19
DEPARTMENT OF CORRECTIONS
EOCI Business Office

# Inmate Trust Account
## Records Request

| Date of Request | 8-13-19 | | Facility | EOCI | Unit / Bunk | F2-GB |
|---|---|---|---|---|---|---|
| Inmate Name (Print) Last | Shetland | | Nicolas | M | SID Number | 18154094 |

**Purpose of Request:**
- ☒ **Legal Priority** (*Complete sections A & C*)
- ☐ **General** (*Complete section B & C*)

**A**

*I request a printout of my inmate trust account statement for the time period indicated in section C. This request is made in accordance with the express order of:*

**The court you are filing in:**
- ☐ The _____ County Circuit Court
- ☐ The Oregon Court of Appeals
- ☐ The Oregon Supreme Court
- ☐ The United States District Court
- ☐ The United States Court of Appeals for the Ninth Circuit
- ☒ The United States Supreme Court
- ☐ Other: _____

**Type of document to be filed with the court:**
- ☐ Application for In Forma Pauperis
- ☐ Civil Rights Complaint (1983)
- ☒ Federal Habeas Corpus
- ☐ Mandamus Circuit Court
- ☐ Mandamus Supreme Court
- ☐ Post-Conviction Petition
- ☐ State Habeas Corpus
- ☐ Writ of Certiorari
- ☐ Other: _____

**Case Number (*if known*):** _____

**B**

*I request a printout of my inmate trust account statement for the time period indicated in section C for the purpose of:*
- ☐ Replacement statement    ☐ Other reason: _____

**C** Time Period(s) Requested — 6 MTHS is: 2-19-19 → 8-19-19

| Beginning Date | End Date | Pages *Staff Use Only* |
|---|---|---|
| 8 / 19 / 18 | 8 / 19 / 19 | 5 |

*You will be charged according to Trust Rule 291-158-0015 at the rate of .50/page. If you do not have sufficient funds or the request is not deemed legal priority, the request will be denied.*

I understand that in signing this inmate account statement request, I have consented to the withdrawal of funds from my account by the Oregon Department of Corrections in the amount stated on the request. I also understand and agree that if sufficient funds are not available in my account at the time this withdrawal request is presented to the Department's Central Trust office (or field office) for processing, the Department has my consent to continue to withdraw funds that may in the future be deposited into my account, without prior notice or hearing, until it has recovered funds sufficient to satisfy the amount stated on the withdrawal request.

**Inmate Signature:** _____

**D**

*Library Coordinator Review*

C. Baller      **PRIORITY LEGAL**

☒ Request approved, meets legal priority criteria.    ☐ Request denied, does not meet legal priority criteria.

*\* If approved, a certified copy of the trust account will be provided.*

*Inmate Financial Services Staff Use Only*

☒ Approved / Inmate trust account statement attached.
☐ Denied / Inmate does not have sufficient funds for request (*and is not legal priority*).

| Total number of pages produced | 5 |
|---|---|
| Charge per page | $ .50 |
| Total amount to be charged to inmate's trust account | $ 2.50 |

| Staff responding to request | S. Van Epps, EOCI Bus | Date | 9.4.19 |
|---|---|---|---|

CD 1803

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that **Nicholas Shatlaw #18164094** (name of applicant) has the sum of $ **165.29** on account to his/her credit at **Eastern OR Corr. Inst. / DOC** (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ **160.41**.

I further certify that during the past six months the average of monthly deposits to the applicant's account was $ **280.71**.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

**Sept 4, 2019**
DATE

**S Van Epps, EOCI Bus.**
SIGNATURE OF AUTHORIZED OFFICER