ELLEN F. ROSENBLUM
Attorney General
KRISTEN E. BOYD  #002102
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS SHATLAW,<br><br>        Petitioner,<br><br>   v.<br><br>SUSAN WASHBURN,<br><br>        Respondent. | Case No.  2:19-cv-01496-AA<br><br>DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME |

I, Kristen E. Boyd, declare:

1. I am an attorney licensed to practice law in the State of Oregon and a Senior Assistant Attorney General for the State of Oregon.

2. I am counsel for respondent in the above-captioned case.

3. By the accompanying motion, I am requesting a 60-day extension of time, to and including **March 24, 2020**, within which to file our Response and Answer to Petitioner's Petition for Writ of Habeas Corpus.

Page 1 -   DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME
          KEB/kk4/10064122-v1

4.   More time is needed to review the record, research the issues presented, and prepare the response.

5.   This is respondent's second request for an extension of time.

6.   Pursuant to LR. 7-1(a), counsel for respondent certifies that counsel for petitioner, Thomas J. Hester, has been contacted and does not object to the motion.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on January  24 , 2020.

  *s/ Kristen E. Boyd*
  KRISTEN E. BOYD
  Senior Assistant Attorney General

Page 2 -   DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF UNOPPOSED MOTION
           FOR EXTENSION OF TIME
   KEB/kk4/10064122-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(971) 673-1880 / Fax: (971) 673-5000